IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **LORI DURBOIS AND MICHAEL DURBOIS,** | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:21-cv-00138-P |
| **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE, FOR THE BENEFIT OF THE HOLDERS OF AAMES MORTGAGE INVESTMENT TRUST 2005-4 MORTGAGE BACKED NOTES,** | § § § § § § § § § | |
| Defendant. | § | |

## ORDER

Plaintiffs Lori Durbois and Michael Durbois initiated this action by filing an original petition in the 141st District Court of Tarrant County, Texas on February 1, 2021. ECF Nos. 1, 1-4. Defendants filed a removal to this Court on February 9, 2021. However, as of the date of this order, Defendant has failed to file a certificate of interested persons as required by the Court's Local Rules. N.D. TEX. L.R. 81.1(a)(4)(D). Defendant's failure to comply with this rule warrants remand.

Accordingly, it is hereby **ORDERED** that this case is **REMANDED** to the **141st District Court of Tarrant County, Texas.**

The Clerk of this Court is **INSTRUCTED** to mail a certified copy of this order to the District Clerk of Tarrant, County, Texas.

**SO ORDERED** on this **11th day** of **February, 2021.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE