# United States District Court

Northern District of Texas

Karen Mitchell  
Clerk of Court

Fort Worth Division

February 11, 2021

141st Judicial District Court  
100 North Calhoun Street  
Fort Worth, TX, 76196

RE: 4:21-cv-00138-P

Style: Durbois et al v. Deutsche Bank National Trust Company

Dear Clerk:

Enclosed is a certified copy of an Order and/or Judgment remanding the above captioned case back to the    141st Judicial District Court, Tarrant County, TX   , 141-323231-21 along with a copy of the docket sheet.

If you have any questions regarding this matter, I may be reached at 817.850.6631 .

Sincerely,  
Karen Mitchell, Clerk

By: s/Wendy Camargo  
    Deputy Clerk

Enclosure

cc:   Counsel of Record  
      Case file (public entry)